**Christine Hall, Plaintiff and Counterdefendant, Appellant, v. International Harvester Company, Defendant, Ida C. Peterson, Defendant and Counterclaimant, Appellee.**

**Gen. No. 45,519.** 

 

 Robert A. Sprecher, for appellant; Tage Joranson, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed April 2, 1952; rehearing denied April 16, 1952; released for publication April 16, 1952.